RECEIVED
IN MONROE, LA

MAR 0 2 2010


TONY R. MOORE, CLERK
WESTERN DISTRICT OF LA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CHERYL ANN MCLELAND | CIVIL ACTION NO. 09-0219 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 33], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is hereby **REVERSED** and **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent therewith.

THUS DONE AND SIGNED this 2 day of March 2010 in Monroe, ~~Shreveport~~, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE