RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CHERYL ANN MCLELAND | CIVIL ACTION NO. 09-0219 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 38], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's Petition for Attorney Fees [Doc. No. 35] is GRANTED, and that the Commissioner be ordered to pay attorney's fees in the amount of $5,145.00 (34.3 hours at $150.00 per hour) plus expenses totaling $297.27 to Plaintiff's attorney.

MONROE, LOUISIANA, this 29 day of June, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE